SEABOARD AIR LINE RAILWAY COMPANY, a Corporation, *Plaintiff in Error,* v. S. G. GAY and W. J. SLAUGHTER, Formerly Co-partners Under the Firm Name of S. G. GAY, *Defendants in Error.*

En Banc.

Opinion filed February 27, 1930.

*Hampton & Hampton,* for Plaintiff in Error;

*S. L. Scruggs,* for Defendant in Error.

MATHEWS, Commissioner:

The judgment to which writ of error was taken is reversed and defendant awarded a new trial on authority of

S. A. L. Ry. Co. v. S. E. Gay and W. F. Love, decided this day.

Reversed.

TERRELL, C. J., AND WHITFIELD, ELLIS, STRUM, BROWN AND BUFORD, J. J., concur.